Certificate Number: 03088-PAE-DE-029790699

Bankruptcy Case Number: 17-14861



03088-PAE-DE-029790699

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2017, at 3:03 o'clock PM CDT, Sean M Brown completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 27, 2017              By:   /s/Doug Tonne

                                    Name: Doug Tonne

                                    Title: Counselor