Certificate Number: 03088-PAE-DE-029790700

Bankruptcy Case Number: 17-14861



03088-PAE-DE-029790700

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2017, at 3:03 o'clock PM CDT, Michelle F Brown completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 27, 2017              By:    /s/Doug Tonne

                                     Name:  Doug Tonne

                                     Title: Counselor