## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sean M. Brown<br>　　　　Michelle F. Brown<br>　　　　　　　　Debtors<br><br>LAKEVIEW LOAN SERVICING, LLC<br>　　　　　　　　Movant<br>　　vs.<br><br>Sean M. Brown<br>Michelle F. Brown<br>　　　　　　　　Debtors<br><br>William C. Miller, Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 17-14861 JKF<br><br><br>11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 31st day of August, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6300 New Bailey Trail, Greensboro, NC 27455 ("Property), as to Movant, its successors or assignees. The relief provided is in rem.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon