United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14861-jkf
Sean M. Brown                                                           Chapter 13
Michelle F. Brown
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1               Date Rcvd: Aug 31, 2017
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/jdb         +Sean M. Brown,   Michelle F. Brown,   4415 Fleming Street,   Philadelphia, PA 19128-4808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Sean M. Brown brad@sadeklaw.com
      BRAD J. SADEK    on behalf of Joint Debtor Michelle F. Brown brad@sadeklaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                       TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sean M. Brown<br>　　　　Michelle F. Brown<br>　　　　　　　　Debtors<br><br>LAKEVIEW LOAN SERVICING, LLC<br>　　　　　　　　Movant<br>　　vs.<br><br>Sean M. Brown<br>Michelle F. Brown<br>　　　　　　　　Debtors<br><br>William C. Miller, Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 17-14861 JKF<br><br><br>11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 31st day of August, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6300 New Bailey Trail, Greensboro, NC 27455 ("Property"), as to Movant, its successors or assignees. The relief provided is in rem.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon