IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Sean M. Brown | : |
| Michelle F. Brown | : |
| | : Case No.: 17-13406-mdc |
| | : |
| Debtor(s) | : Chapter 13 |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 25.

Dated: January 5, 2018          /s/ Brad J. Sadek, Esquire
                                Brad J. Sadek, Esquire
                                Sadek and Cooper
                                "The Philadelphia Building"
                                1315 Walnut Street, #502
                                Philadelphia, PA 19107
                                215-545-0008