IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Sean M. Brown | : | Chapter 13 |
| Michelle F. Brown | : | Case No.: 17-14861 |
| Debtor(s) | : | |

## PRAECIPE TO CHANGE DEBTOR(S) ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtors' <u>new address</u> as follows:

3340 Asbury Avenue Ocean City NJ 08226

Dated: July 18, 2022

*/s/ Brad J. Sadek*
Brad J. Sadek, Esquire
Counsel for Debtor(s)