United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14861-mdc |
| Sean M. Brown | Chapter 13 |
| Michelle F. Brown | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean M. Brown, Michelle F. Brown, 3340 Asbury Avenue, Ocean City, NJ 08226-2028 |
| 13953683 | + | Montgomery County Prothonotary, P.O. Box 311, Norristown, PA 19404-0311 |
| 13962467 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., Atty for Lakeview Loan Servicing, LLC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13953684 | + | Sternrecsvcs, 415 N Edgeworth St Ste 210, Greensboro, NC 27401-2071 |
| 13953690 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13991860 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13967804 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 13953691 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 07 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2022 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13973978 | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2022 00:06:59 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13953667 | + | Email/PDF: bncnotices@becket-lee.com | Oct 07 2022 00:06:59 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13953669 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 07 2022 00:00:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13953671 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 00:07:07 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13977676 | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2022 00:06:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13953676 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2022 00:06:59 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13953678 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 07 2022 00:00:00 | Diversified Consultant, Dci, Po Box 551268, Jacksonville, FL 32255-1268 |
| 13953679 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 07 2022 00:00:00 | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 13953680 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2022 00:00:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13998590 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:06:48 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital |

Case 17-14861-mdc  Doc 45  Filed 10/08/22  Entered 10/09/22 00:26:32  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13953682 | | Email/Text: camanagement@mtb.com | Oct 07 2022 00:00:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 13989822 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2022 00:06:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13954447 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 07 2022 00:06:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14001576 | | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2022 00:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13955403 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:06:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13953688 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:06:46 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13953689 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:06:47 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13991427 | | Email/PDF: ebn_ais@aisinfo.com | Oct 07 2022 00:07:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13953690 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:06:58 | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13991860 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:07:07 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13967804 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:06:58 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 13953691 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:07:07 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13953668 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13953670 | *+ | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13953672 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13953673 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13953674 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13953675 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13953677 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13953681 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13953685 | *+ | Sternrecsvcs, 415 N Edgeworth St Ste 210, Greensboro, NC 27401-2071 |
| 13953686 | *+ | Sternrecsvcs, 415 N Edgeworth St Ste 210, Greensboro, NC 27401-2071 |
| 13953687 | *+ | Sternrecsvcs, 415 N Edgeworth St Ste 210, Greensboro, NC 27401-2071 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 06, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Sean M. Brown brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Michelle F. Brown brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sean M. Brown and Michelle F. Brown

    Debtor(s)

Case No: 17−14861−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/6/22

44 − 43
Form 138OBJ